

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00585-CV

**IN THE INTEREST OF K.J.J.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01550
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the August 20, 2024 order of termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she is presumed indigent under Texas Family Code section 107.013(e).

SIGNED December 18, 2024.

_____
Beth Watkins, Justice